IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARBARA ALCORN                                              PLAINTIFF

    vs                                  1:09CV00024-WRW

COLLECTORS TRAINING INSTITUTE OF
ILLINOIS, INC., et al                                             DEFENDANTS

<u>ORDER</u>

Pursuant to the Motion for Extension of Time filed in this case (doc #3), the name of separate defendant GE CAPITAL BANK is changed to:

    GE MONEY BANK

The Clerk is directed to make this change on the Court's docket.

    IS SO ORDERED this 29th day of June, 2009.

                                                   AT THE DIRECTION OF THE COURT
                                                   JAMES McCORMACK, CLERK


                                                   /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd