## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM C244
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 24, 2009**

Mr. Matthew Henry
300 Spring Street
Suite 1015
Little Rock, AR 72201

      Re:    *Barbara Alcorn v. Collectors Training Institute of Illinois, Inc.* --
            1:09-CV-00024-WRW

Dear Mr. Henry:

I have received Defendant's Motion to Dismiss Party Resurgent Capital Services, L.P.,[1] which was filed on July 8, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 12:00 noon on Wednesday, July 29, 2009, I will grant the motion.

                                          Cordially,

                                          /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Counsel of Record

---

[1] Doc. No. 9.

[2] The response was due on Wednesday, July 22, 2009.